IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV437

| | |
|---|---|
| DIRECTV INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PAMELA CLEMMER ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court's own motion. IT IS HEREBY ORDERED that this case be continued from the September 2005 term of court to the December 5, 2005 term of court.

**IT IS SO ORDERED.**

**Signed: July 29, 2005**

*[signature]*

Graham C. Mullen
Chief United States District Judge